17 F.3d 1429
 Cunnane (William P., Jr.), by Cunnane (William P., Sr.)
v.
Lyons, Officer, Abington Township, Marino (Michael),
District Attorney, Egan (Thomas), A.D.A., Coletta (Karen),
A.D.A., Daringer (Alan), A.D.A., Kelly (Chief) Abington
Police Department, Boerner (Alan), Lt., Abington Township,
Cunnane (William)
 NO. 93-1568
 United States Court of Appeals,
Third Circuit.
 Jan 13, 1994
 
 Appeal From: E.D.Pa.,
 Kelly, J.
 
 
 1
 AFFIRMED.